```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
VICTORIA DICKS, on behalf of herself and all               :
others similarly situated,                                 :
                                                           :
                                       Plaintiff,          :      22-CV-7709 (VSB)
                                                           :
                        -against-                          :           ORDER
                                                           :
KICKIN' K RANCH, LLC, d/b/a The Celtic                     :
Ranch,                                                     :
                                                           :
                                       Defendant.          :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on September 9, 2022, (Doc. 1), and filed an affidavit of service on November 3, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 25, 2022. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 9, 2022. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 30, 2022
    New York, New York

                    *[signature]*
                    VERNON S. BRODERICK
                    United States District Judge